Jeanette E. McPherson, Esq., NV Bar No. 5423
Schwartzer & McPherson Law Firm
2850 South Jones Blvd., Suite 1
Las Vegas, Nevada 89146-5308
Telephone:    (702) 228-7590
Facsimile:    (702) 892-0122
E-Mail:    bkfilings@s-mlaw.com

*Attorneys for Shelley D. Krohn, Trustee*

SCHWARTZER & McPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Case No.  BK-S-16-15388-MKN |
| SUPERIOR LINEN, LLC, | Chapter 7 |
| Debtor | Adversary No. 18-01103-MKN |
| SHELLEY D. KROHN, CHAPTER 7 TRUSTEE, | |
| Plaintiff, | **AMENDED COMPLAINT FOR AVOIDANCE OF PREFERENCE PAYMENTS** |
| v. | |
| SHIMMER CLOTHING INC., dba SHIMMER CLOTHING COMPANY, | |
| Defendant. | |

Shelley D. Krohn, Trustee (the "Trustee"), the Chapter 7 trustee in the above-captioned case, by and through her counsel, Schwartzer & McPherson Law Firm, hereby files this Amended Complaint For Avoidance Of Preference Payments and alleges and avers as follows:

## PARTIES

1.    Plaintiff Shelley D. Krohn ("Plaintiff") is the Chapter 7 Trustee of the bankruptcy estate of Superior Linen, LLC (the "Debtor").

2.    Upon information and belief, Defendant Shimmer Clothing Inc., dba Shimmer Clothing Company ("Defendant") is and was at all times relevant herein, a corporation incorporated in the State of California.

///

SCHWARTZER & McPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

## JURISDICTION AND VENUE

3.    The Court has jurisdiction over this complaint pursuant to 28 U.S.C. § 1334 and 157 and 11 U.S.C. §§ 547 and 550.

4.    This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(F).

5.    Venue is proper pursuant to 28 U.S.C. § 1409.

## GENERAL ALLEGATIONS

6.    Superior Linen, LLC made the following transfers to Defendant:

| Check Amount | Check No. | Date Issued | Date Honored |
|---|---|---|---|
| $5,000.00 | 34686 | June 17, 2016 | July 7, 2016 |
| $5,000.00 | 34708 | June 24, 2016 | July 6, 2016 |
| $5,000.00 | 34741 | June 30, 2016 | July 13, 2016 |
| $5,000.00 | 34767 | July 13, 2016 | July 20, 2016 |
| $5,000.00 | 34781 | July 15, 2016 | July 22, 2016 |
| $5,000.00 | 34785 | July 15, 2016 | July 22, 2016 |
| $5,000.00 | 34802 | July 22, 2016 | August 3, 2016 |
| $5,000.00 | 34801 | July 23, 2016 | August 3, 2016 |
| $5,000.00 | 34823 | July 29, 2016 | August 10, 2016 |
| $5,000.00 | 34824 | July 29, 2016 | August 10, 2016 |
| $5,000.00 | 34841 | August 4, 2016 | August 12, 2016 |
| $5,000.00 | 34842 | August 4, 2016 | August 12, 2016 |
| $11,890.08 | 34886 | August 9, 2016 | August 19, 2016 |
| $5,000.00 | 34900 | August 12, 2016 | August 31, 2016 |
| $5,000.00 | 34901 | August 12, 2016 | August 31, 2016 |
| $5,000.00 | 34957 | August 26, 2016 | September 7, 2016 |
| $5,000.00 | 34958 | August 26, 2016 | September 7, 2016 |
| $10,699.92 | 35059 | September 14, 2016 | September 28, 2016 |
| $34,110.00 | 35072 | September 15, 2016 | September 28, 2016 |
| $6,768.00 | 35073 | September 15, 2016 | September 29, 2016 |

(collectively, the "Transfers"). True and correct copies of the Transfers are attached hereto as **Exhibit 1**.

7.      On September 30, 2018, the Debtor filed for relief under Chapter 7 of the Bankruptcy Code.

### FIRST CLAIM FOR RELIEF
### (11 U.S.C. § 547)

8.      The Plaintiff repeats and realleges each and every allegation contained in the preceding paragraphs and incorporates the same as if fully set forth herein.

9.      The Transfers were an interest of the Debtor in property.

10.     The Transfers were made to or for the benefit of a creditor, the Defendant.

11.     The Transfers were made for or on account of an antecedent debt owed by the Debtor before the Transfers were made.

12.     The Transfers were made while the Debtor was insolvent.

13.     The Transfers were made within ninety days of the Petition Date.

14.     The Transfers enabled the Defendant to receive more than it would have received if the Transfers had not been made and the Defendant had received payment of such debt to the extent provided by the provisions of this title.

15.     The Plaintiff is entitled to a money judgment against the Defendant in the amount of the Transfers, or avoidance of the Transfers, in accordance with 11 U.S.C. §§ 547 and 550.

### SECOND CLAIM FOR RELIEF
### (11 U.S.C. § 550)

16.     The Plaintiff repeats and realleges each and every allegation contained in the preceding paragraphs and incorporates the same as if fully set forth herein.

17.     Plaintiff is entitled to a judgment and order requiring and compelling Defendant to return to the Plaintiff the Transfers.

WHEREFORE, the Plaintiff prays for judgment against the Defendant as follows:

1.  For an order avoiding the Transfers;

2.  For an award of damages in the monetary sum of the Transfers;

SCHWARTZER & McPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

3. For attorney's fees and costs of suit where appropriate;

4. For interest under 28 U.S.C. § 1961(a) from the initial date of demand; and

5. For all other relief the Court deems just and proper.

DATED: September 28, 2018.

/s/ Jeanette E. McPherson
Jeanette E. McPherson, Esq.
Schwartzer & McPherson Law Firm
2850 South Jones Blvd., Suite 1
Las Vegas, NV 89146
*Attorneys for Shelley D. Krohn, Chapter 7 Trustee*

SCHWARTZER & McPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

# EXHIBIT 1



34686

**SUPERIOR LINEN, LLC**
OPERATING ACCOUNT
4501 MITCHELL ST
NORTH LAS VEGAS, NV 89081
Not valid after 90 days

NEVADA STATE BANK
THE DOOR TO YOUR FUTURE
P.O. Box 990, Las Vegas, NV 89125
www.nsbank.com
94-77/1224

6/17/2016

PAY TO THE
ORDER OF    Shimmer Clothing Company

$ **5,000.00

Five Thousand and 00/100************************************************************    DOLLARS

Shimmer Clothing Company
4500 Dunham Street
Commerce, CA  90040

Two signatures required if over $10,000

MEMO

AUTHORIZED SIGNATURE

⑆000034686⑆ ⑈122400779⑈ 612087106⑈

Date:07/07/16 Seq #:73001255 Account:612087106 Serial #:34686 Amount:$5,000.00 Dep Seq #:-



Date:07/06/16 Seq #:73008728 Account:612087106 Serial #:34708 Amount:$5,000.00 Dep Seq #:-



34741

**SUPERIOR LINEN, LLC**
OPERATING ACCOUNT
4501 MITCHELL ST
NORTH LAS VEGAS, NV 89081
Not valid after 90 days

NEVADA STATE BANK
THE DOOR TO YOUR FUTURE
P.O. Box 990, Las Vegas, NV 89125
www.nsbank.com
94-77/1224

6/30/2016

PAY TO THE ORDER OF   Shimmer Clothing Company          $   **5,000.00

Five Thousand and 00/100************************************************************   DOLLARS

Shimmer Clothing Company
4500 Dunham Street
Commerce, CA  90040

Two signatures required if over $10,000

AUTHORIZED SIGNATURE

MEMO

⑈000347 41⑈ ⑆1224007790⑆ 612087106⑈

Date:07/13/16 Seq #:73002976 Account:612087106 Serial #:34741 Amount:$5,000.00 Dep Seq #:-



34767

**SUPERIOR LINEN, LLC**
OPERATING ACCOUNT
4501 MITCHELL ST
NORTH LAS VEGAS, NV 89081
Not valid after 90 days

NEVADA STATE BANK
THE DOOR TO YOUR FUTURE
P.O. Box 990, Las Vegas, NV 89125
www.nsbank.com
94-77/1224

7/13/2016

PAY TO THE
ORDER OF    Shimmer Clothing Company    $    **5,000.00

Five Thousand and 00/100******************************************************    DOLLARS

Shimmer Clothing Company
4500 Dunham Street
Commerce, CA  90040

Two signatures required if over $10,000

AUTHORIZED SIGNATURE

MEMO

⑈00034767⑈ ⑈122400779⑈ 612087106⑈

ENDORSE HERE

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

CREDITED TO THE ACCOUNT
WITHIN NAMED PAYEE

Date:07/20/16 Seq #:73002326 Account:612087106 Serial #:34767 Amount:$5,000.00 Dep Seq #:-



34781

**SUPERIOR LINEN, LLC**
OPERATING ACCOUNT
4501 MITCHELL ST
NORTH LAS VEGAS, NV 89081
Not valid after 90 days

NEVADA STATE BANK
THE DOOR TO YOUR FUTURE
P.O. Box 990, Las Vegas, NV 89125
www.nsbank.com
94-77/1224

7/15/2016

PAY TO THE
ORDER OF    Shimmer Clothing Company                                    $  **5,000.00

Five Thousand and 00/100************************************************    DOLLARS

Shimmer Clothing Company
4500 Dunham Street
Commerce, CA  90040

Two signatures required if over $10,000

AUTHORIZED SIGNATURE

MEMO

⑈00034781⑈ ⑆122400779⑈ 612087106⑈

ENDORSE HERE

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE *

CREDITED TO THE ACCOUNT
WITHIN NAMED PAYEE

Date:07/22/16 Seq #:73061976 Account:612087106 Serial #:34781 Amount:$5,000.00 Dep Seq #:-



**SUPERIOR LINEN, LLC**
OPERATING ACCOUNT
4501 MITCHELL ST
NORTH LAS VEGAS, NV 89081
Not valid after 90 days

NEVADA STATE BANK
THE DOOR TO YOUR FUTURE
P.O. Box 990, Las Vegas, NV 89125
www.nsbank.com
94-77/1224

34785

7/15/2016

PAY TO THE
ORDER OF     Shimmer Clothing Company                                $  **5,000.00

Five Thousand and 00/100********************************************************     DOLLARS

Shimmer Clothing Company
4500 Dunham Street
Commerce, CA  90040

Two signatures required if over $10,000

AUTHORIZED SIGNATURE

MEMO

⑈''00034785⑈'' ⑉122400779⑈: 612087106⑈''

Date:07/22/16 Seq #:73061977 Account:612087106 Serial #:34785 Amount:$5,000.00 Dep Seq #:-



**SUPERIOR LINEN, LLC**
OPERATING ACCOUNT
4501 MITCHELL ST
NORTH LAS VEGAS, NV 89081
Not valid after 90 days

NEVADA STATE BANK
THE DOOR TO YOUR FUTURE
P.O. Box 990, Las Vegas, NV 89125
www.nsbank.com
94-77/1224

34802

7/22/2016

PAY TO THE ORDER OF   Shimmer Clothing Company                    $   **5,000.00

Five Thousand and 00/100***************************************************************   DOLLARS

Shimmer Clothing Company
4500 Dunham Street
Commerce, CA  90040

Two signatures required if over $10,000

AUTHORIZED SIGNATURE

MEMO

⑈"000 34802"⑈  ⑈122400779⑈  612087106⑈



ENDORSE HERE

DO NOT WRITE, STAMP OR SIGN

CREDITED TO THE ACCOUNT OF THE NAMED PAYEE.

Date:08/03/16 Seq #:73002423 Account:612087106 Serial #:34802 Amount:$5,000.00 Dep Seq #:-



**SUPERIOR LINEN, LLC**
OPERATING ACCOUNT
4501 MITCHELL ST
NORTH LAS VEGAS, NV 89081
Not valid after 90 days

34801

**NEVADA STATE BANK**
THE DOOR TO YOUR FUTURE
P.O. Box 990, Las Vegas, NV 89125
www.nsbank.com
94-77/1224

7/23/2016

PAY TO THE ORDER OF   Shimmer Clothing Company                    $ **5,000.00

Five Thousand and 00/100******************************************************   DOLLARS

Shimmer Clothing Company
4500 Dunham Street
Commerce, CA  90040

Two signatures required if over $10,000

AUTHORIZED SIGNATURE

MEMO

⑆0003480⑈ ⑆122400779⑆ 612087106⑈

DO NOT WRITE STAMP OR SIGN BELOW THIS LINE

ENDORSE HERE

Date:08/03/16 Seq #:73002422 Account:612087106 Serial #:34801 Amount:$5,000.00 Dep Seq #:-



**SUPERIOR LINEN, LLC**
OPERATING ACCOUNT
4501 MITCHELL ST
NORTH LAS VEGAS, NV 89081
Not valid after 90 days

NEVADA STATE BANK
THE DOOR TO YOUR FUTURE
P.O. Box 990, Las Vegas, NV 89125
www.nsbank.com
94-77/1224

34823

7/29/2016

PAY TO THE
ORDER OF    Shimmer Clothing Company

$    **5,000.00

Five Thousand and 00/100************************************************************    DOLLARS

Shimmer Clothing Company
4500 Dunham Street
Commerce, CA  90040

Two signatures required if over $10,000

AUTHORIZED SIGNATURE

MEMO

⑈"000034823"⑈ ⑆122400779⑆: 612087106"

ENDORSE HERE
CREDITED TO THE ACCT
WITHIN NAMED PAYEE
DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

155270152  08292816  CARZ6  2793R69  RTC

Date:08/10/16 Seq #:73002935 Account:612087106 Serial #:34823 Amount:$5,000.00 Dep Seq #:-



34824

**SUPERIOR LINEN, LLC**
OPERATING ACCOUNT
4501 MITCHELL ST
NORTH LAS VEGAS, NV 89081
Not valid after 90 days

NEVADA STATE BANK
THE DOOR TO YOUR FUTURE
P.O. Box 990, Las Vegas, NV 89125
www.nsbank.com
94-77/1224

7/29/2016

PAY TO THE ORDER OF   Shimmer Clothing Company            $  **5,000.00

Five Thousand and 00/100********************************************************************   DOLLARS

Shimmer Clothing Company
4500 Dunham Street
Commerce, CA  90040

Two signatures required if over $10,000

AUTHORIZED SIGNATURE

MEMO

⑆000⑇34824⑈ ⑆122400779⑈ 612087106⑈

155270151 08292016 CA676 2793869 RIC

ENDORSE HERE

CREDITED TO THE AC
WITHIN NAMED PA.

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

Date:08/10/16 Seq #:73002934 Account:612087106 Serial #:34824 Amount:$5,000.00 Dep Seq #:-



34841

**SUPERIOR LINEN, LLC**
OPERATING ACCOUNT
4501 MITCHELL ST
NORTH LAS VEGAS, NV 89081
Not valid after 90 days

NEVADA STATE BANK
THE DOOR TO YOUR FUTURE
P.O. Box 990, Las Vegas, NV 89193
www.nsbank.com
94-77/1224

8/4/2016

PAY TO THE ORDER OF    Shimmer Clothing Company                                    $  **5,000.00

Five Thousand and 00/100************************************************************    DOLLARS

Shimmer Clothing Company
4500 Dunham Street
Commerce, CA  90040

Two signatures required if over $10,000

AUTHORIZED SIGNATURE

MEMO

⑈000348411⑈ ⑆122400779⑆ 612087106⑈



ENDORSE HERE

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

CREDITED TO THE ACCOUNT
WITHIN NAMED PAYEE

Date:08/12/16 Seq #:73067625 Account:612087106 Serial #:34841 Amount:$5,000.00 Dep Seq #:-



34842

**SUPERIOR LINEN, LLC**
OPERATING ACCOUNT
4501 MITCHELL ST
NORTH LAS VEGAS, NV 89081
Not valid after 90 days

NEVADA STATE BANK
THE DOOR TO YOUR FUTURE
P.O. Box 990, Las Vegas, NV 89125
www.nsbank.com
94-77/1224

8/4/2016

PAY TO THE
ORDER OF    Shimmer Clothing Company                                    $   **5,000.00

Five Thousand and 00/100******************************************************    DOLLARS

Shimmer Clothing Company
4500 Dunham Street
Commerce, CA  90040

Two signatures required if over $10,000

MEMO                                                    AUTHORIZED SIGNATURE

⑈00034842⑈ ⑆122400779⑈ 612087106⑈

ENDORSE HERE
CREDITED TO THE ACCOUNT
WITHIN NAMED PAYEE
DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

Date:08/12/16 Seq #:73067624 Account:612087106 Serial #:34842 Amount:$5,000.00 Dep Seq #:-



**SUPERIOR LINEN, LLC**
OPERATING ACCOUNT
4501 MITCHELL ST
NORTH LAS VEGAS, NV 89081
Not valid after 90 days

NEVADA STATE BANK
THE DOOR TO YOUR FUTURE
P.O. Box 990, Las Vegas, NV 89125
www.nsbank.com
94-77/1224

34886

8/9/2016

PAY TO THE ORDER OF    Shimmer Clothing Company

$ **11,890.08

Eleven Thousand Eight Hundred Ninety and 08/100*************************************************

DOLLARS

Shimmer Clothing Company
4500 Dunham Street
Commerce, CA  90040

Two signatures required if over $10,000

AUTHORIZED SIGNATURE

MEMO    MB080116-0

⑈000348860 ⑆122400779⑆ 6120871060

Date:08/19/16 Seq #:73042658 Account:612087106 Serial #:34886 Amount:$11,890.08 Dep Seq #:-



34900

**SUPERIOR LINEN, LLC**
OPERATING ACCOUNT
4501 MITCHELL ST
NORTH LAS VEGAS, NV 89081
Not valid after 90 days

NEVADA STATE BANK
THE DOOR TO YOUR FUTURE
P.O. Box 990, Las Vegas, NV 89125
www.nsbank.com
94-77/1224

8/12/2016

PAY TO THE
ORDER OF    Shimmer Clothing Company                    $    **5,000.00

Five Thousand and 00/100************************************************************    DOLLARS

Shimmer Clothing Company
4500 Dunham Street
Commerce, CA  90040

Two signatures required if over $10,000

AUTHORIZED SIGNATURE

MEMO

⑈"000 34900"  ⑈1 22400 779⑈:  6 1208 7106"

CREDITED TO THE ACCOUNT
WITHIN NAMED PAYEE.
ENDORSE HERE

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE *

Date:08/31/16 Seq #:73003132 Account:612087106 Serial #:34900 Amount:$5,000.00 Dep Seq #:-



34901

**SUPERIOR LINEN, LLC**
OPERATING ACCOUNT
4501 MITCHELL ST
NORTH LAS VEGAS, NV 89081
Not valid after 90 days

NEVADA STATE BANK
THE DOOR TO YOUR FUTURE
P.O. Box 990, Las Vegas, NV 89125
www.nsbank.com
94-77/1224

8/12/2016

PAY TO THE
ORDER OF    Shimmer Clothing Company                                      $  **5,000.00

Five Thousand and 00/100***************************************************    DOLLARS

Shimmer Clothing Company
4500 Dunham Street
Commerce, CA  90040

Two signatures required if over $10,000

AUTHORIZED SIGNATURE

MEMO

⑈000349011⑈ ⑆122400779⑈ 612087106⑈

ENDORSE HERE

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

CREDITED TO THE ACCOUNT
WITHIN NAMED PAYEE.

155270647 HR562816 CA626 560000A BIC

Date:08/31/16 Seq #:73003131 Account:612087106 Serial #:34901 Amount:$5,000.00 Dep Seq #:-



34957

**SUPERIOR LINEN, LLC**
OPERATING ACCOUNT
4501 MITCHELL ST
NORTH LAS VEGAS, NV 89081
Not valid after 90 days

NEVADA STATE BANK
THE DOOR TO YOUR FUTURE
P.O. Box 990, Las Vegas, NV 89125
www.nsbank.com
94-77/1224

8/26/2016

PAY TO THE
ORDER OF    Shimmer Clothing Company                              $  **5,000 00

Five Thousand and 00/100********************************************************    DOLLARS

Shimmer Clothing Company
4500 Dunham Street
Commerce, CA  90040

Two signatures required if over $10,000

AUTHORIZED SIGNATURE

MEMO

⑆00034957⑆ ⑆122400779⑆ 612087106⑈

Date:09/07/16 Seq #:73008354 Account:612087106 Serial #:34957 Amount:$5,000.00 Dep Seq #:-



**SUPERIOR LINEN, LLC**
OPERATING ACCOUNT
4501 MITCHELL ST
NORTH LAS VEGAS, NV 89081
Not valid after 90 days

NEVADA STATE BANK
THE DOOR TO YOUR FUTURE
P.O. Box 990, Las Vegas, NV 89125
www.nsbank.com
94-77/1224

34958

8/26/2016

PAY TO THE ORDER OF    Shimmer Clothing Company                    $   **5,000.00

Five Thousand and 00/100************************************************************    DOLLARS

Shimmer Clothing Company
4500 Dunham Street
Commerce, CA 90040

Two signatures required if over $10,000

AUTHORIZED SIGNATURE

MEMO

⑈"000034958"' ⑆122400779⑈ 612087106"'

Date:09/07/16 Seq #:73008353 Account:612087106 Serial #:34958 Amount:$5,000.00 Dep Seq #:-



35059

**SUPERIOR LINEN, LLC**
OPERATING ACCOUNT
4501 MITCHELL ST
NORTH LAS VEGAS, NV 89081
Not valid after 90 days

NEVADA STATE BANK
THE DOOR TO YOUR FUTURE
P.O. Box 990, Las Vegas, NV 89193
www.nsbank.com
94-77/1224

9/14/2016

PAY TO THE
ORDER OF    Shimmer Clothing Company                    $    **10,699.92

Ten Thousand Six Hundred Ninety-Nine and 92/100************************************    DOLLARS

Shimmer Clothing Company
4500 Dunham Street
Commerce, CA  90040

Two signatures required if over $10,000

AUTHORIZED SIGNATURE

MEMO

⑆00035059⑆ ⑇122400779⑇ 612087106⑈

Date:09/28/16 Seq #:73043112 Account:612087106 Serial #:35059 Amount:$10,699.92 Dep Seq #:-



**SUPERIOR LINEN, LLC**
OPERATING ACCOUNT
4501 MITCHELL ST
NORTH LAS VEGAS, NV 89081
Not valid after 90 days

**NEVADA STATE BANK**
THE DOOR TO YOUR FUTURE
P.O. Box 990, Las Vegas, NV 89125
www.nsbank.com
94-77/1224

35072

9/15/2016

PAY TO THE
ORDER OF          Shimmer Clothing Company                               $   **34,110.00

Thirty-Four Thousand One Hundred Ten and 00/100********************************************          DOLLARS

Shimmer Clothing Company
4500 Dunham Street
Commerce, CA  90040

Two signatures required if over $10,000

AUTHORIZED SIGNATURE

MEMO

⑆000 35072⑈ ⑆122400779⑆ 612087106⑈

Date:09/28/16 Seq #:73043113 Account:612087106 Serial #:35072 Amount:$34,110.00 Dep Seq #:-



**SUPERIOR LINEN, LLC**
OPERATING ACCOUNT
4501 MITCHELL ST
NORTH LAS VEGAS, NV 89081
Not valid after 90 days

NEVADA STATE BANK
THE DOOR TO YOUR FUTURE
P.O. Box 990, Las Vegas, NV 89125
www.nsbank.com
94-77/1224

35073

9/15/2016

PAY TO THE
ORDER OF    Shimmer Clothing Company

$    **6,768.00

Six Thousand Seven Hundred Sixty-Eight and 00/100************************************************    DOLLARS

Shimmer Clothing Company
4500 Dunham Street
Commerce, CA  90040

Two signatures required if over $10,000

AUTHORIZED SIGNATURE

MEMO    MB091216-1

⑈000 35073⑈  ⑆122400779⑆  612087106⑈

ENDORSE HERE

DO NOT WRITE, STAMP OR SIGN
RESERVED FOR FIN. N. A. INS

BELOW THIS LINE
FOR USE *

Date:09/29/16 Seq #:73000403 Account:612087106 Serial #:35073 Amount:$6,768.00 Dep Seq #:-